UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

George Howland Jackson,

        Plaintiff,        Civil No. 05-2419 (RHK/JSM)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Phoenix Engineering, Thomas Giebel, Troy Vandbrake, Randy Stewart, Jim Denniston, Rachel Vandbrake, Jim Brinkman, Robbie Wenzell,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 24, 2005

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge